IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARCH INSURANCE COMPANY, a Missouri corporation

      Plaintiff,

vs.

SIERRA EQUIPMENT RENTAL, INC., et al.

      Defendants.

No. CIV S-12-0617 KJM KJN

ORDER

      On November 13, 2012, the court granted Arch Insurance Company's motion for leave to file a first amended complaint and alter dates in pretrial scheduling order. (ECF 71.) The dates in the court's original pretrial scheduling order (ECF 50) are modified as follows:

| Event | Original Date | Date Ordered |
|---|---|---|
| Last day to complete discovery | January 4, 2013 | July 5, 2013 |
| Last day to disclose expert witnesses | November 15, 2012 | May 16, 2013 |

1

| Event | Original Date | Date Ordered |
|---|---|---|
| Last day to supplement disclosure of expert witnesses | December 7, 2012 | June 7, 2013 |
| Last day to complete expert discovery | January 4, 2013 | July 5, 2013 |
| Last day to hear dispositive motions | May 24, 2013 | December 6, 2013 |
| Due date for joint Voluntary Dispute Resolution Program statement | September 14, 2013 | March 14, 2013 |
| Due date for joint pretrial conference statement | September 26, 2013 | March 27, 2013 |
| Final Pretrial Conference | October 17, 2013 | April 17, 2014 at 3:30 p.m. |
| First day of jury trial: | December 2, 2013 | June 16, 2014 at 9 a.m. |

IT IS SO ORDERED

DATED: December 4, 2012.

UNITED STATES DISTRICT JUDGE