UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation, | Civ. No.  S-12-0617 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| SIERRA EQUIPMENT RENTAL, INC, a California Corporation, et al., | |
| Defendants. | |

On January 7, 2013, this court granted plaintiff's request for a turnover order against defendants Sierra Equipment Rental, Melvin Weir and Carolyn Scarola and directed plaintiff to provide a form order within seven days of the date  of this order.  Plaintiff has not complied.

IT IS THEREFORE ORDERED that plaintiff show cause, within fourteen days of the date of this order, why this court should not vacate its order of January 7, 2013 in light of plaintiff's failure to comply.

DATED:  September 5, 2013.

_____
UNITED STATES DISTRICT JUDGE

1