UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA EQUIPMENT RENTAL, INC., a California corporation; MELVIN R. WEIR, an individual; CAROLYN S. SCAROLA, as trustee of the Dry Creek Ranches Trust; CAROLYN S. SCAROLA, an individual,<br><br>Defendants, | No. 2:12-cv-00617-KJM-KJN<br><br><br><u>ORDER</u> |

      The court held a telephonic status conference in this case on October 30, 2014. Andrew Van Ornum appeared for Arch Insurance Company. Kevin Rooney appeared as former counsel for Sierra Equipment Rental, Inc. Chris Kuhner appeared for Carolyn Scarola as trustee of the Dry Creek Ranches Trust.

      After discussing the case with counsel and reviewing the parties' joint status report filed on October 23, 2014, ECF No. 101, the court ORDERS as follows:

      (1) No later than thirty days from the issuance of this order, the plaintiff shall file a notice of voluntary dismissal of Carolyn Scarola in an individual capacity.

1

      (2) No later than thirty days from the issuance of this order, Chris Kuhner shall file a request to withdraw as counsel for Carolyn Scarola as trustee of the Dry Creek Ranches Trust.

      (3) No later than fourteen days from the issuance of this order, the parties shall file a stipulation and proposed order clarifying Chris Kuhner no longer represents Sierra Equipment Rental, Inc.

      (4) A further status conference is SET for April 16, 2015 at 2:30 pm.

    IT IS SO ORDERED.

DATED:  November 4, 2014.

_____
UNITED STATES DISTRICT JUDGE