UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | No. 2:12-cv-00617 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| SIERRA EQUIPMENT RENTAL, INC., et al., | |
| Defendants. | |

In a minute order filed by this court on June 19, 2015 (ECF No. 142), a status conference was set for July 17, 2015. There was no appearance by pro se defendant Carolyn S. Scarola, as Trustee of the Dry Creek Ranches Trust at the conference.

Accordingly, defendant Scarola is ordered to show cause within fourteen days of this order, why she should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: July 21, 2015.

_____
UNITED STATES DISTRICT JUDGE

1