UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | No. 2:12-cv-00617 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| SIERRA EQUIPMENT RENTAL, INC., et al., | |
| Defendants. | |

   In a minute order filed by this court on June 19, 2015 (ECF No. 142), a status conference was set for July 17, 2015. There was no appearance for defendant Sierra Equipment Rental by its counsel of record Kevin F. Rooney at the conference. Although Mr. Rooney previously has indicated his desire to withdraw as counsel, his withdrawal has not been approved by the court and Sierra Equipment Rental, as a corporation, cannot proceed without counsel.

   Accordingly, Mr. Rooney is ordered to show cause within fourteen days of this order, why he should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: July 22, 2015.

                      _____
                      UNITED STATES DISTRICT JUDGE

1