UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | No. 2:12-cv-00617-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| SIERRA EQUIPMENT RENTAL, INC., et al. | |
| Defendants. | |

Defendant Carolyn Scarola is proceeding without counsel as trustee of the Dry Creek Ranches Trust. In a previous order, the court scheduled a status conference for July 17, 2015. ECF No. 142. Ms. Scarola did not appear at that status conference, and the court issued an order that required Ms. Scarola to show cause why she should not be fined $250. That order was served on her, but she has not responded.

Ms. Scarola is therefore SANCTIONED in the amount of $250, payable to the Clerk of the Court within fourteen days of the date this order is served.

The court also warns Ms. Scarola that she could face further penalties should she not respond to future court orders and not appear at hearings and conferences. The Eastern District of California has adopted local rules as authorized by Federal Rule of Civil Procedure 83(a). Local Rule 183(a) requires a party appearing without an attorney to appear either in person

1

or by courtesy appearance of an attorney admitted to practice before this court.  A person appearing without an attorney may not delegate the duty to appear to any other person.  Local Rule 183(a).  Because Ms. Scarola is not represented in this case, the Local Rule requires her to attend hearings, including pretrial conferences, and trial, either in person or in certain instances by courtesy appearance of an attorney.  Failure to do so may result in judgment against her by default or another appropriate sanction.  *Id.*

        IT IS SO ORDERED.

DATED:  October 27, 2015.

_____
UNITED STATES DISTRICT JUDGE

2