UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | No. 2:12-cv-00617-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| SIERRA EQUIPMENT RENTAL, INC., et al., | |
| Defendants. | |

At the Status (Pretrial Scheduling) Conference on October 30, 2014, Kevin Rooney, counsel for defendant Sierra Equipment Rental, Inc. ("Sierra"), told the court he has no authority to act on behalf of Sierra pursuant to 11 U.S.C. § 327 and asked to be removed as counsel of record. After discussing the matter with the parties, the court ordered the parties to enter a stipulation providing that Mr. Rooney is no longer counsel of record for Sierra. *See* ECF No. 220. Counsel for plaintiff Arch Insurance Company subsequently refused to execute the stipulation, and instead requested that Mr. Rooney file a formal motion to withdraw as counsel under the Local Rules and Rules of Professional Conduct. ECF No. 112. To date, Mr. Rooney has not filed a motion to withdraw as counsel.

On July 16, 2015, Mr. Rooney did not appear for defendant Sierra at the Status Conference. Accordingly, the court ordered Mr. Rooney to show cause within fourteen days why

1

he should not be sanctioned in the amount of $250.00 for failing to appear.  ECF No. 146.  The court's Order to Show Cause provided, "Although Mr. Rooney previously has indicated his desire to withdraw as counsel, his withdrawal has not been approved by the court and Sierra Equipment Rental, as a corporation, cannot proceed without counsel."  *Id.*  On August 3, 2015, Mr. Rooney filed a declaration in response to the court's Order to Show Cause, explaining that based on the court's October 30, 2014 Status Conference, he did not believe that he needed to participate any further in this action.  ECF No. 148.  Because he did not receive a response from the court to his August 3, 2015 Declaration, Mr. Rooney filed a supplemental declaration on January 21, 2016, which has brought the issue back to the court's attention.  ECF No. 158.

Based on the foregoing, the court orders the following:

1. The court's July 22, 2015 Order to Show Cause as to Mr. Rooney (ECF No. 146) is hereby DISCHARGED.
2. Mr. Rooney is ordered to file a formal motion to withdraw as counsel in compliance with the Local Rules and Rules of Professional Responsibility no later than February 11, 2016, set for hearing no later than March 11, 2016.
3. The motion hearing on plaintiff's Motion for Partial Summary Judgment (ECF No. 153) set for February 12, 2016 is hereby VACATED and RESET for April 8, 2016 at 10:00 a.m.

IT IS SO ORDERED.

DATED: January 27, 2016.

UNITED STATES DISTRICT JUDGE

2