1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7         FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   ARCH INSURANCE COMPANY,              No.  2:12-cv-00617-KJM-KJN

10              Plaintiff,

11       v.                               ORDER

12   SIERRA EQUIPMENT RENTAL, INC.
     et al.,
13
                Defendants.
14

15

16              Plaintiff Arch Insurance Company (Arch) moved for partial summary judgment

17   against defendant Sierra Equipment Rental, Inc. (Sierra) on January 12, 2016.  ECF No. 153.

18   Hearing on the motion was set for May 6, 2016, ECF No. 163, but there was no appearance by

19   Arch or Sierra.  Sierra's prior counsel recently was granted leave to amend and no new counsel

20   has appeared on its behalf.

21              Accordingly, counsel for Arch and Sierra, respectively, are ORDERED TO

22   SHOW CAUSE on or before close of business on May 13, 2016, why each should not be

23   sanctioned in the amount of $250.00 for failing to appear.

24              The Clerk of Court is ordered to serve a copy of this order on the last known

25   addresses for Sierra shown in prior counsel's filing of April 20, 2016, ECF No. 168.

26   DATED:  May 10, 2016.

27

28
                                          _____
                                          UNITED STATES DISTRICT JUDGE