BENNETT J. LEE (Bar No. 230482)
ANDREW VAN ORNUM (Bar No. 214040)
VARELA, LEE, METZ & GUARINO, LLP
333 Bush Street, Suite 1500
San Francisco, CA  94104
Telephone:  415-623-7000
Facsimile:  415-623-7001
Emails:  blee@vlmg.com
         avanornum@vlmglaw.com

Attorneys for Plaintiff
ARCH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  vs.<br><br>SIERRA EQUIPMENT RENTAL, INC., et al.<br><br>        Defendants | Case No.  2:12-CV-00617 KJM<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT** |

Pursuant to the stipulation between Plaintiff Arch Insurance Company ("Arch") and Defendant Carolyn S. Scarola, as trustee of the Dry Creek Ranches Trust ("Trustee"), **IT IS HEREBY ADJUDGED AND ORDERED** that:

1.  JUDGMENT is entered against Trustee, only in her capacity as Trustee of the Dry Creek Ranches Trust and not in her individual capacity, and in favor of Arch in the amount of $3,915,940.

2.  The judgment shall accrue post-judgment interest at the rate provided for by law upon entry of this Judgment by this Court.

3. This judgment shall be joint and several with any other judgments entered against other defendants in this matter.

Dated:  August 23, 2016

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT