UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | No. 2:12-cv-00617-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| SIERRA EQUIPMENT RENTAL, INC., et al., | |
| Defendants. | |

On September 15, 2016, the court directed plaintiff's counsel to notify the court within 14 days of Mr. Weir's status in this case and provide supporting documentation if necessary. Order September 15, 2016, ECF No. 183. The deadline has since passed, and plaintiff has not provided an update. At the same, the court's docket reflects that multiple court documents served on Mr. Weir and Sierra Equipment Rental, Inc. have been returned as undeliverable. See Docket dates September 20-22, 2016. Plaintiff is ORDERED TO SHOW CAUSE within seven (7) days why it should not be sanctioned $250 for failing to comply with this court's order or in the alternative why the case should not now be dismissed.

IT IS SO ORDERED.

DATED: November 3, 2016

UNITED STATES DISTRICT JUDGE

1