UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, | No. 2:12-cv-00617-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| SIERRA EQUIPMENT RENTAL, INC., et al., | |
| Defendants. | |

    On August 24, 2016, this court granted the parties' stipulated request and proposed order to enter judgment against all named defendants other than defendant Mr. Weir.  Order August 24, 2016, ECF No. 182.  On September 15, 2016, the court directed plaintiff's counsel to inform the court of Mr. Weir's status in this case within 14 days.  Order September 15, 2016, ECF No. 183.  Receiving none, the court issued a November 3, 2016 order to show cause why plaintiff should not be sanctioned in the amount of $250 and why the case against Mr. Weir should not be dismissed.  Order November 3, 2016, ECF No. 184.  Plaintiff filed a status report later that same day explaining he would take no further action against Mr. Weir due to Mr. Weir's recent discharge of bankruptcy.  Status Report, ECF No. 185.  Plaintiff acknowledged the court had entered judgment against the remaining named defendants, and requested that the court dismiss this action against Mr. Weir, without prejudice.  *Id.*

1

1       Accordingly, the court now DISCHARGES the order to show cause, ECF No. 184,

2 DISMISSES the action against Mr. Weir, without prejudice, and CONFIRMS the case is now

3 closed.  The court DIRECTS the clerk's office to enter judgment.

4       IT IS SO ORDERED.

5 DATED:  December 1, 2016

                                    UNITED STATES DISTRICT JUDGE